1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12                              ----oo0oo----
13
14
15   SCOTT N. JOHNSON,                    NO. CIV. S-06-2660 FCD/GGH
                    Plaintiff,
16
17        v.                              REFERRAL TO VOLUNTARY DISPUTE
                                          RESOLUTION PROGRAM
18   ROBERT D. HESKETT, et al.,
19                    Defendants.
     _____/
20                              ----oo0oo----
21
22        Pursuant to the stipulation of the parties filed, May 16, 2007 and Local Rule 16-271, this
23   case is referred to the Voluntary Dispute Resolution Program.
24   DATED: May 18, 2007
25
26
27   _____
     FRANK C. DAMRELL, JR.
28   UNITED STATES DISTRICT JUDGE