UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff(s),

   v.

ROBERT D. HESKETT, et al.,

        Defendant(s).

_____/

NO. 2:06- cv-2660 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the plaintff, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 14, 2008. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: March 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE